## Speyer, et al. v. McNamara's Admr.

(Decided November 9, 1911.)

### Appeal from Fayette Circuit Court.

CORRECTED OPINION PER CURIAM.

The opinion herein is corrected so as to specifically state that the judgment as to Speyer is reversed only in so far as it requires him to take and pay for the property described in his eighth exception; as to all other exceptions filed by Speyer the judgment of the lower court is affirmed.